| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) Law Offices of Mark W. Ford, LLC 4 ½ North Broadway, PO Box 110 Gloucester City, NJ 08030 856-456-8811/856-456-8558 (Fax) Attorney for the debtor | Order Filed on July 26, 2022 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: Kimberly Bullock | Case Number: 22-15211 Hearing Date: July 26, 2022 Judge: JNP Chapter: 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER TO EXTEND STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 26, 2022

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been was presented to the Court by Mark W. Ford, Esq. and, for good cause it is

ORDERED that the stay will be continued on the bankruptcy case including but not limited to the property known as 304 Monument Avenue, National Park, NJ .