```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Law Offices of Mark W. Ford, LLC
4 ½ North Broadway, PO Box 110
Gloucester City, NJ 08030
856-456-8811, 856-456-8558 (Fax)
Attorney for the debtor
```

In Re:  Kimberly Bullock

Case Number: 22-15211

Judge: JNP

Chapter: 13

Recommended Local Form:     ☒ Followed     ☐ Modified

## CERTIFICATION OF SERVICE

1. I, Regina Perfetti:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Mark W. Ford, who represents the Debtors in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 24, 2022  I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Notice of Hearing on Confirmation of Plan, copy of the last modified plan, Notice of Chapter 13 Bankruptcy Case.

3. **I** hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 8/24/22                               /s/ Regina Perfetti
                                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Deutsche Bank National Trust<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA  92806 | | ❏ Hand-delivered<br>x   Regular mail<br>    Certified mail/RR<br>❏ E-mail<br>    Notice of Electronic Filing<br>❏ Other<br>(as authorized by the court *) |
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA  19106 | | ❏ Hand-delivered<br>xx   Regular mail<br>    Certified mail/RR<br>❏ E-mail<br>    Notice of Electronic Filing (NEF)<br>❏ Other<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>    Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |
| | | ❏ Hand-delivered<br>    Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>(as authorized by the court *) |

2