|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br>Kimberly Bullock | Case Number: 22-15211<br>Hearing Date:<br>Judge: JNP<br>Chapter: 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## CERTIFICATION IN SUPPORT OF WITHDRAWAL MODIFIED CHAPTER 13 PLANS

Mark W. Ford, of full age, does hereby certify and state:

1. I am the attorney for the in the above-captioned matter and have personal knowledge of the facts stated herein.

2. I am respectfully requesting to withdrawal the modified planS, document number 13, 24, 30, and 37

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: December 6, 2022

/s/ Mark W. Ford
Mark W. Ford, Attorney for debtor

1