Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−15211−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Bullock
   104 Snyder Avenue
   Westville, NJ 08093

Social Security No.:
   xxx−xx−3688

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 19, 2023.

Dated: January 19, 2023
JAN: kvr

   Jeanne Naughton
   Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15211-JNP |
| Kimberly Bullock | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2023 | Form ID: plncf13 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Bullock, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| 519648009 | + | Borough of National Park, 7 S. Grove Avenue, National Park, NJ 08063-1599 |
| 519648012 | + | Continental Philatelics Inc., P.O. Box 68, Lexington, MA 02420-0001 |
| 519648016 | + | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519648018 | + | Deutsche Bank National Trust, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 519746891 | + | Hall of Fame Real Estate Services, 110 N. Broad Street, Woodbury, NJ 08096-1720 |
| 519648023 | + | Lakeview Dental Care of Washington Towns, 5650 Route 42, Blackwood, NJ 08012-1045 |
| 519648025 | + | Medtox Scientific, c/o Stevens Business Service, 92 Bolt Street, Suite 1, P.O. Box 1233, Lowell, MA 01853-1233 |
| 519648028 | + | Mystic Stamp Company, 9700 Mill Street, Camden, NY 13316-9111 |
| 519648029 | + | New Jersey Gross Income Tax, P.O. Box 444, Trenton, NJ 08646-0444 |
| 519648030 | | Pay Pal Credit, c/o Bill Me Later, P.O. Box 5138, Port Deposit, MD 21904 |
| 519648034 | + | RA Pain Services, P.O. Box 4605, Lancaster, PA 17604-4605 |
| 519648036 | | State of New Jersey Surcharge Violation, P.O.Box 4775, Trenton, NJ 08650-4775 |
| 519683527 | + | Theodore Bullock, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| 519648037 | | Waypoint Resource Group, P.O. Box 1081, San Antonio, TX 78294-1081 |
| 519648038 | + | Wilton Stamp Company, P.O. Box 730848, Ormond Beach, FL 32173-0848 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519653961 | + | Email/Text: bk@afsacceptance.com | Jan 19 2023 20:51:00 | AFS Acceptance LLC, 1475 West Cypress Creek Road Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519648008 | | Email/Text: bknotice@ercbpo.com | Jan 19 2023 20:51:00 | AT & T, C/O ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519648007 | + | Email/Text: bkrpt@retrievalmasters.com | Jan 19 2023 20:51:00 | American Medical Collections Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 519648011 | + | Email/Text: amanda@cascollects.com | Jan 19 2023 20:51:00 | Capital Collections, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 519648013 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 19 2023 20:51:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519648014 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2023 20:55:34 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519687349 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 19 2023 20:50:00 | Deutsche Bank National Trust at. el, c/o Carrington Mortgage Services, LLC, 1600 South |

Case 22-15211-JNP    Doc 49    Filed 01/21/23    Entered 01/22/23 00:17:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2023 | Form ID: plncf13 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Douglass Road, Anaheim, CA 92806-5948 |
| 519648019 | + | Email/Text: bankruptcy@sccompanies.com | Jan 19 2023 20:50:00 | Dr. Leonards/Carol Wright, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 519648020 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 19 2023 20:55:35 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 519766042 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 19 2023 20:51:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519766043 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 19 2023 20:51:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519648021 | ^ | MEBN | Jan 19 2023 20:51:33 | KML LAW GROUP, 701 Market Street, #5000, Philadelphia, PA 19106-1541 |
| 519648022 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 19 2023 20:50:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519648024 | | Email/Text: govtaudits@labcorp.com | Jan 19 2023 20:50:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216 |
| 519652232 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2023 20:55:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519648027 | | Email/Text: compliance@monarchrm.com | Jan 19 2023 20:50:00 | Monarch Recovery Management, 10965 Decatur Road, Philadelphia, PA 19154 |
| 519648026 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2023 20:51:00 | Midland Credit Mgmt., Inc., 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 519663999 | + | Email/PDF: bankruptcy@ncfsi.com | Jan 19 2023 20:55:25 | NEW CENTURY FINANCIAL SERVICES, INC., 110 JEFFERSON RD STE 104, WHIPPANY, NJ 07981-1038 |
| 519648032 | ^ | MEBN | Jan 19 2023 20:50:48 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 519698077 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2023 20:55:28 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 519666049 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 19 2023 20:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519648031 | + | Email/Text: admin@paypps.com | Jan 19 2023 20:51:00 | Professional Placement Services, P.O. Box 612, Milwaukee, WI 53201-0612 |
| 519648035 | + | Email/Text: ngisupport@radiusgs.com | Jan 19 2023 20:50:00 | Radius Global Solutions, LLC, 7831 Glenroy Road, Suite 250A, Minneapolis, MN 55439-3132 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519648010 | *+ | Borough of National Park, 7 S. Grove Avenue, National Park, NJ 08063-1599 |
| 519648015 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519648017 | *+ | Creditco Real USA Finance, 1475 West Cypress Creek Rd., Suite 300, Fort Lauderdale, FL 33309-1931 |
| 519648033 | * | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 22-15211-JNP    Doc 49    Filed 01/21/23    Entered 01/22/23 00:17:12    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 19, 2023 | Form ID: plncf13 | Total Noticed: 41 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mark W Ford | on behalf of Debtor Kimberly Bullock markfordlaw@juno.com reginaperfetti1@gmail.com,9716852420@filings.docketbird.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 5