UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire (AF 1574)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

**KIMBERLY BULLOCK**
Debtor(s)'.

Case No.    22-15211 JNP

Judge:    Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtors hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $6,000 total receipts applied to plan then $430 for forty-two (42) months, commencing January 1, 2024, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on January 18, 2023 remain in effect.

_Kimberly Bullock_
Kimberly Bullock
Debtor

Dated 12/26/2023

/s/ Andrew B. Finberg
Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated 1/2/2024