UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
*OFFICE OF THE CHAPTER 13 STANDING
TRUSTEE*
Andrew B. Finberg, Esquire (AF 1574)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

**Kimberly Bullock**
Debtor(s)'.

Case No.   22-15211 JNP

Judge:   Jerrold N. Poslusny, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

WHEREAS, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

WHEREAS, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

NOW THEREFORE, the Trustee and counsel for Debtors hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $7,290 total receipts applied to plan plus $454 for thirty-seven (37) months starting June 1, 2024, for a total of sixty (60) months.

IT IS STIPULATED that all other terms set forth in the Order Confirming Plan entered on January 18, 2023 remain in effect.

/s/ Kimberly Bullock
Kimberly Bullock
Debtor

Dated

/s/ Andrew B. Finberg
Andrew B. Finberg,
Chapter 13 Standing Trustee

Dated  5/30/2024